**STATE of Missouri, Respondent,**

v.

**Angela Marie ALLENSWORTH, Appellant.**

**No. WD 53239.**

Missouri Court of Appeals,
Western District.

May 27, 1997.

A. Renae Adamson, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for Respondent.

Before ULRICH, C.J., P.J., and
SPINDEN and EDWIN H. SMITH, JJ.

## ORDER

PER CURIAM.

Appellant appeals the judgment of conviction and sentence of seven years imprisonment and $2,000 fine for possession of a controlled substance, § 195.202.

Judgment affirmed. Rule 30.25(b).

**Rex COLE, Appellant,**

v.

**DIRECTOR OF REVENUE, Respondent.**

**No. WD 52848.**

Missouri Court of Appeals,
Western District.

May 27, 1997.

Mary Ann Drape, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Ronald D. Pridgin, Sp. Assistant Attorney General, Mo. Dept. of Revenue, Jefferson City, for respondent.

Before HANNA, P.J., and ELLIS and LAURA DENVIR STITH, JJ.

### *ORDER*

PER CURIAM:

Rex Cole appeals from the judgment of the Jackson County Circuit Court suspending his driving privileges for driving while intoxicated. The judgment is affirmed. Rule 84.16(b).